UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3-26-20

SASHA BIKOFF, *doing business as* SASHA BIKOFF INTERIOR DESIGN,

    Plaintiff,

v.

EUROMARKET DESIGNS, INC. *doing business as* CRATE & BARREL,

    Defendant.

20-CV-766 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the COVID-19 crisis, the Court will not hold the upcoming conference in this case in person. Counsel should still submit their joint letter and proposed case management plan by March 27, 2020, as directed in the Court's January 29, 2020 Order. If the parties are unable to submit their joint letter and case management plan by March 27th, they shall request an extension to do so. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial conference by telephone. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

Plaintiff shall provide a copy of this Order to Defendant.

SO ORDERED.

Dated:   March 26, 2020
         New York, New York

                                      RONNIE ABRAMS
                                      United States District Judge